# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GOLDEN VASQUEZ, #775710,**

    **Plaintiff,**

vs.                                                 Case No.  4:16cv143-RH/CAS

**GADSDEN CORRECTION FACILITY,**
**et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, was directed to either pay the filing for this case, deemed to be a civil rights action, or submit a completed in forma pauperis (IFP) motion.  ECF No. 2.  Plaintiff filed an IFP motion, ECF No. 5, that was insufficient because several pages of the inmate bank statement were missing.  Plaintiff was required to re-submit a complete copy of her inmate bank account statement and ruling on the IFP Motion was deferred. ECF No. 6.

In late April, Plaintiff was granted an extension of time, until May 27, 2016, to comply.  ECF No. 8.  Thereafter, prior to submitting the bank

account statement, two separate $25.00 partial filing fee payments were submitted to the Court.  ECF Nos. 9, 10.  Those payments were premature because no Order has been entered either granting Plaintiff IFP status or assessing an initial partial filing fee.

On May 24, 2016, Plaintiff submitted a prisoner consent form and inmate bank account statement.  ECF No. 12.  The printout demonstrates transactions in Plaintiff's account between October 18, 2015, and March 10, 2016.  ECF No. 12 at 5-8.  It appears that Plaintiff regularly receives funds in her account as she received $814.98 in October 2015; $60.00 in November 2015; $132.23 in December 2015; $100 in January 2016; $165.38 in February 2016; and $3,222.56 in March 2016.  *Id.*  The balance on March 10, 2016, was $3,083.83.  ECF No. 12 at 5.

The Prisoner Consent Form advises that if the "current account balance is more than $400.00," the prisoner will not qualify for IFP status. ECF No. 12 at 1.  Because Plaintiff's account reveals that she has funds with which to pay the filing fee, the IFP motion, ECF No. 5, should be denied and Plaintiff required to submit the $350.00 balance owed no later than June 30, 2016.

## RECOMMENDATION

It is respectfully **RECOMMENDED** that Plaintiff's motion requesting leave to proceed in forma pauperis, ECF No. 5, be **DENIED** because Plaintiff's inmate bank account reveals that she does not qualify for in forma pauperis status.  It is further **RECOMMENDED** that Plaintiff be required to pay the $350.00 balance of the filing fee for this case on or before June 30, 2016.

**IN CHAMBERS** at Tallahassee, Florida, on May 25, 2016.

 s/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**