IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GOLDEN VASQUEZ,

    Plaintiff,

v.                                    CASE NO. 4:16cv143-RH/CAS

GADSDEN CORRECTION FACILITY
et al.,

    Defendants.

_____/

## ORDER REQUIRING THE PLAINTIFF
## TO PAY THE FILING FEE

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 13. No objections have been filed.

As set out in the report and recommendation, the plaintiff has sufficient funds to pay the filing fee. The plaintiff has made partial payments, *see* ECF No. 16, but a plaintiff who has sufficient funds to pay the entire fee must do so.

Accordingly,

IT IS ORDERED:

1.  The report and recommendation is accepted and adopted as the court's opinion.

2.  The plaintiff's motion for leave to proceed in forma pauperis, ECF No. 5, is denied.

3.  The plaintiff must pay the entire balance of the filing fee by August 31, 2016.

4.  The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 26, 2016.

                                            s/Robert L. Hinkle
                                            United States District Judge