# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GOLDEN VASQUEZ,

    Plaintiff,

v.                              CASE NO. 4:16cv143-RH/CAS

MR. PRESTON WILLIAMS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This is a prisoner civil-rights case. The plaintiff alleges that he has been served unhealthful food including fried chicken, pork, sausage, and cake. He says this has caused damage to his heart, kidneys, and eyesight.

The case is before the court on the magistrate judge's report and recommendation, ECF No. 34. No objections have been filed. As shown by the cases cited in the report and recommendation, dietary complaints no more substantial than these do not rise to the level of a constitutional violation.

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on May 15, 2017.

s/Robert L. Hinkle  
United States District Judge